Submitted on remand from the Oregon Supreme Court December 7, on appellant's petition for review filed May 8, and petition for reconsideration filed August 16, 2000, affirmed October 31, 2001

STATE OF OREGON,
*Respondent,*

*v.*

DEREK ALAN LALONDE,
*Appellant.*

87CR0427; A102076

33 P3d 1067

Walter J. Ledesma, Deputy Public Defender, for petition for review and petition for reconsideration.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Holly A. Vance, Assistant Attorney General, for response.

Derek Alan Lalonde filed a reply *pro se.*

Before Landau, Presiding Judge, and Deits, Chief Judge,* and Brewer, Judge.

PER CURIAM

Affirmed. *State v. Crain,* 177 Or App 627, 33 P3d 1050 (2001).

---

* Deits, C. J., *vice* Warren, S. J.